

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00189-CV

IN RE TONY GLYNN, RELATOR

June 28, 2013

## ON PETITION FOR WRIT OF MANDAMUS

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Relator Tony Glynn, a federal prison inmate appearing *pro se*, filed a petition requesting issuance of a writ of mandamus against Lubbock County District Clerk Barbara Sucsy. We will dismiss the petition.

Relator is the appellant in the appeal of a family law case pending before this court.[1] In his petition in this proceeding, he complains that the district clerk omitted a requested document from a supplemental clerk's record filed in his appeal.

Mandamus is an extraordinary remedy, available only in limited circumstances. *In re Southwestern Bell Telephone Co., L.P.,* 235 S.W.3d 619, 623 (Tex. 2007) (orig. proceeding).

---

[1] *In re Marriage of Glynn,* No. 07-13-00095-CV (Tex.App.--Amarillo).

We need not consider whether relator's petition establishes his entitlement to mandamus relief. A second supplemental clerk's record was filed on June 13, 2013, after relator filed his petition. The second supplemental record contains the document relator's petition complains was omitted. Accordingly, we dismiss relator's petition for writ of mandamus as moot.

Per Curiam